AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

International Painters and Allied Trades
Industry Pension Fund

**SUMMONS IN A CIVIL CASE**

V.

Service Contracting, Inc.,
Karen Bouthillette, a/k/a Karen K. Bouthillette, individually
and d/b/a Service Contracting, Inc.

CASE NUMBER  1:06CV01514

CAS  JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/28/2006

TO: (Name and address of Defendant)

Service Contracting, Inc.
27 Oakdale Avenue
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent G. Cprek
Jennings Sigmond, P.C,
510 Walnut Street, Suite 1600
Philadelphia, PA 19106

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 8 2006

CLERK                                          DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10-2-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ronald J Russo | USDC Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service Corporation Inc.
    to Karen A Bushnette - owner

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-06      _Ronald Russo_
              Date          Signature of Server

**Constable # 6139**      1783 N 75th Street [illegible]
**Ronald J. Russo**        Address of Server

X _J. J. Brunillette_
   10-2-06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

International Painters and Allied Trades
Industry Pension Fund

**SUMMONS IN A CIVIL CASE**

V.

Karen K. Bouthillette
   a/k/a Karen K. Bouthilette, individually and
   d/b/a Service Contracting, Inc.

CASE NUMBER  1:06CV01514

JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/28/2006

TO: (Name and address of Defendant)

Karen K. Bouthillette
   a/k/a Karen K. Bouthilette, individually and
   d/b/a Service Contracting, Inc.
27 Oakdale Avenue
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent G. Cprek
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      AUG 2 8 2006

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10-2-06 |
| NAME OF SERVER (PRINT) Ronald Russo | TITLE USDC Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Karen A. Brouillette
27 Oakdale Ave Schuster

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-06     _____
                Date              Signature of Server

**Constable # 6139**
**Ronald J. Russo**

Address of Server
PO Box 7588
Warwick, RI

X T. J. Brouillette
10-2-06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.