IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>     Plaintiff,<br>v.<br><br>SERVICE CONTRACTING, INC.,<br>KAREN K. BOUTHILLETTE<br> a/k/a Karen K. Bouthilette, individually and<br> d/b/a Service Contracting, Inc.<br><br>     Defendants. | CIVIL ACTION NO.<br>06-cv-01514 (EGS) |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

        BY: /s/   Sanford G. Rosenthal
          SANFORD G. ROSENTHAL
          Bar No. 478737
          The Penn Mutual Towers, 16th Floor
          510 Walnut Street, Independence Square
          Philadelphia, PA 19106-3683
          (215) 351-0611
          Attorney for the Fund

Date: February 9, 2007

179716-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

>Karen K. Bouthillette
>SERVICE CONTRACTING, INC.
>27 Oakdale Avenue
>Johnston, RI 02919

Date: February 9, 2007         /s/    Sanford G. Rosenthal
                               SANFORD G. ROSENTHAL, ESQUIRE

179716-1